IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA



FILED
AUG 0 6 2004
LARRY W. PROPES, CLERK
CHARLESTON, SC

Tony Purdie
_Enter the full name of the plaintiff in this action_

v.

A. Offing
D. Moore
K. L Pate

_Enter above the full name of defendant(s) in this action_

COMPLAINT

Civil Action No.: 9:04-2557-24B6
_(to be assigned by Clerk)_

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment? Yes_____ No ✓

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

    Plaintiff:_____

    Defendant(s):_____

2. Court:_____
    _(If federal court, name the district; if state, name the county)_

3. Docket Number:_____

4. Name of Judge to whom case was assigned:_____

5. Disposition:_____
    _(For example, was the case dismissed? Appealed? Pending?)_

6. Approximate date of filing lawsuit:_____

7. Approximate date of disposition:_____



II. PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Richland County Detention Center

A. Is there a prisoner grievance procedure in this institution? Yes____ No ✓

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes____ No ✓

C. If your answer is YES:
   1. What steps did you take?_____
   2. What was the result?_____

D. If your answer is NO, explain why not:_____

E. If there is no prison grievance procedure in this institution, did you complain to prison authorities? Yes____ No____

F. If your answer is YES:
   1. What steps did you take?_____
   2. What was the result?_____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Tony Purdie    Inmate No.: 57933
   Address: 201 John Mark Dial Drive Columbia, S.C. 29209

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: A. Offing    Position: Deputy Sheriff
   Place of Employment: Richland County Detention Center

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:

   K.L. Pate    Deputy Sheriff    Richland County Detention Center
   D. Moore    Deputy Sheriff    Richland County Detention Center

2

IV. STATEMENT OF CLAIM

*State here as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

That on May 16th 2004 Tony Purdie was deliberately beaten by officers A. Offing, D. Moore, K. L. Pate of the Richland County Sheriffs Department. Officer Offing tackled Tony Purdie to the ground and started beating Tony Purdie in the facial area with his fist telling Tony Purdie to shut up and stop resisting arrest. Officer Pate then rushed upon Tony Purdie and begin to hit Tony Purdie in the facial area and on both his sides and stomach. Officer Moore came while officers Offing and Pate were beating Tony Purdie and started hitting Tony Purdie with a night stick in various places on his body.

Tony Purdie had injuries that needed medical attention but Tony Purdie was taken to a Richland County Sub-station before he was took to jail, when Tony Purdie got to Alvin S. Glenn Detention Center the Booking officer made officer Pate take Tony Purdie to the Richland County Memorial Hospital for his injuries. Tony Purdie had a busted mouth, braces broken from his teeth, right arm bruised, right shoulder bruised, right leg bruised, hands were cut and swelled from the beating and from the handcuffs being placed on Tony Purdie to tight, facial area was swollen, back was bruised, sides were bruised, and Tony Purdie had several cuts

3

all over his body and Tony Purdie still is in pain today from the beating that officers K.L. Pate, A. Offing, D. Moore gave Tony Purdie / end



V. RELIEF

*State briefly and exactly what you want the court to do for you.*

1) To order officers K.L. Pate, A. Offing, O. Moore, to pay all medical cost

2) Pay for Tony Purdie to receive new braces and see a specialist for his teeth

3) Pay for a bone specialist to do a through check on Tony Purdie

4) Pay for a mental Health Specialist to talk to Tony Purdie

For officers K.L. Pate, A. Offing, O. Moore to be removed from their positions at the Richland County Sheriffs Department and to be ordered to pay Tony Purdie an amount of money that the Court sees fit for

1) Cruel + unusual punishment
2) pain and suffering
3) psyc. effect this situation has had on Tony Purdie
4) The scares that will forever be on Tony Purdie's body

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of July, 2004.

*Signature of Plaintiff*

5