ENTERED
9-15-04

FILED

SEP 15 2004

LARRY W. PROPES, CLERK
CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Tony Purdie, | ) CIVIL ACTION NO.: 9:04-2557-24BG |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| A. Offing, D. Moore and K. L. Pate, | ) |
| Defendants. | ) |

This matter comes before this Court pursuant to a motion to enlarge the time by which the Defendant may answer, move, object to jurisdiction, or otherwise plead up to and including September 28, 2004, subject to proper service being effectuated. The motion is hereby granted.

AND IT IS SO ORDERED.

THE HONORABLE GEORGE C. KOSKO
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina
September 15th, 2004

